| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jacob Parham |
| Debtor 2 (Spouse, if filing) | Dorothy T Parham |
| United States Bankruptcy Court for the Eastern District of Virginia (Richmond) | |
| Case number. 19-35070-KRH | |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses and Charges 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| **Name of Creditor:** | Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 | **Court claim no.** (if known): | 26-1 |
|---|---|---|---|

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX5246

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☒ No
☐ Yes.  Date of the last notice: _____
                                   mm/dd/yyyy

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Foreclosure Fees and Costs | | (1) | $ 0.00 |
| 2. Foreclosure Fees and Costs | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Tax advances (non-escrow) | | (9) | $ 0.00 |
| 10. Tax advances (non-escrow) | | (10) | $ 0.00 |

| | | | |
|---|---|---|---|
| 11. Other. Specify: Homeowners Insurance advance (non-escrow) | 05/20/2022 – Homeowners Insurance Advance (Non-Escrow) | (11) | $ 848.00 |
| 12. Other. Specify: | | (11) | $ 0.00 |
| 13. Other. Specify: | | (12) | $ 0.00 |
| 14. Other. Specify: | | (13) | $ 0.00 |
| 15. Other. Specify: | | (14) | $ 0.00 |
| 16. Other. Specify: | | (15) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Jacob Parham                             Case number *(if known)* 19-35070-KRH

Debtor 2    Dorothy T Parham

## Part 2:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐  I am the creditor.
X  I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ Kelly Rae Gring      VSB 75999                    **Date**   05/31/2022
      Signature                                                              mm/dd/yyyy

**Print:**         Kelly Rae Gring                    **Title**  Attorney for Secured Creditor

**Company**    Tromberg, Morris & Poulin, PLLC.

**Address**     413 Stuart Circle, Suite 314

**Contact phone**  561-338-4101                       **Email**  kgring@tmppllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br>DOROTHY PARHAM AND JACOB PARHAM<br>　　　Debtor | CASE No.: 19-35070-KRH<br>CHAPTER: 13 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2<br>　　　Movant<br>v.<br>DOROTHY PARHAM AND JACOB PARHAM<br>　　　Debtor/Respondent<br>and<br>SUZANNE E. WADE<br>　　　Trustee/Respondent | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2021, the Notice of Postpetition Fees, Expenses and Charges was electronically filed with the Clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Corine E. G. Bailey
116 N. Sycamore Street
P.O. Box 548
Petersburg, VA 23804
corineb55@aol.com

Suzanne E. Wade
7202 Glen Forest Drive, Suite 202
Richmond, VA 23226

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 23219

Our Case #: 20-000112-VBK-PPFN2\19-35070-KRH\

and on    May 31, 2022    a true and correct copy was mailed to the non-CM/ECF participants listed below:

Dorothy Parham
607 Gordon Drive
Petersburg, VA 23805

Jacob Parham
607 Gordon Drive
Petersburg, VA 23805

          **Tromberg, Morris & Poulin, PLLC**

**BY:** /s/ Kelly Rae Gring
     Attorney for Secured Creditor
     413 Stuart Circle, Suite 314
     Richmond, VA 23220
     Telephone #: 561-338-4101
     Fax #: 561-338-4077
     VSB #75999
     ecfva@tmppllc.com
     kgring@tmppllc.com